927 A.2d 96

IN THE MATTER OF KENNETH A. ROSEN,
AN ATTORNEY AT LAW.

July 16, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–030, concluding that **KENNETH A. ROSEN** of **ROSELAND**, who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.15(b) (failure to safeguard funds of a third party), and good cause appearing;

It is ORDERED that **KENNETH A. ROSEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.